No. 5207.—CUYAR, aplte., *v.* COMISIÓN INDEMNIZACIONES, ETC., apldos.—C. D. San Juan. Feb. 5, 1930. Con lugar la moción de desestimación.

No. 5150.—GUTIÉRREZ VDA. DE CROSAS, aplte., *v.* LONGPRÉ ET. ALS., apldos.—C. D. San Juan. Feb. 5, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

POR CUANTO, se nos pide desestimemos la apelación en este caso, porque la transcripción del récord ha sido presentada cuarenta días después de expirar el término de treinta días de archivado el escrito de apelación; y se nos argumenta que por ese hecho este tribunal no tiene jurisdicción en el caso;

POR CUANTO, la transcripción de autos aparece presentada en la secretaría de este tribunal en 26 de noviembre de 1929, y se halla certificada por los abogados de las partes apelantes y apelada en 18 del citado mes;

POR CUANTO, aparece presentado en la secretaría de este tribunal el alegato de la apelante en fecha 16 de enero de 1930;

POR CUANTO, la moción de desestimación fué presentada el 22 de enero de 1930;

POR CUANTO, no encontramos razón legal alguna en favor de la contención de falta de jurisdicción que sostiene la parte apelada María Longpré, Ramón Aboy y Encarnación Aboy Benítez,

POR TANTO, se declara sin lugar la moción de desestimación.